UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DALE DEASON, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>SUPER MICRO COMPUTER, INC., et al.,<br><br>  Defendants. | Case No.  5:15-cv-04049-EJD<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Having reviewed the parties' Joint Case Management Conference Statement (Docket Item No. 24), and in light of the parties' statements that they are currently in the process of conferring regarding a briefing schedule for a consolidated complaint, as well as for Defendants' anticipated motion to dismiss, the Court has determined that a scheduling conference is premature at this time.

Accordingly, the Case Management Conference scheduled for January 14, 2016, is CONTINUED to **10:00 a.m. on March 17, 2016.** The parties shall file an updated Joint Case Management Conference Statement on or before **March 10, 2016.**

**IT IS SO ORDERED.**

Dated: January 8, 2016

_____
EDWARD J. DAVILA
United States District Judge

Case No.: 5:15-cv-04049-EJD
ORDER CONTINUING CASE MANAGEMENT CONFERENCE

1