# EXHIBIT B

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ANDREW WANCA, Individually and On Behalf of All Others Similarly Situated,

Plaintiff,

v.

SUPER MICRO COMPUTER, INC., et al.,

Defendants.

Case No. 5:15-cv-04049-EJD

**JUDGMENT**

Defendants' Motion to Dismiss having been granted and all claims having been dismissed without leave to amend;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Defendants.

**IT IS SO ORDERED.**

Dated: June 27, 2018

EDWARD J. DAVILA
United States District Judge